# United States Court of Appeals
## For the First Circuit

No. 17-1404

UNITED STATES OF AMERICA,

Appellee,

v.

ALEJANDRO MAYENDÍA-BLANCO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 25, 2018, is amended as follows:

On page 6, line 4, "months" is changed to "months'".

On page 16, line 4 of footnote 18, "alternatie" is changed to "alternative".